IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL NO. 2:09cr43 KS-MTP- 01

THEDDIS MARCEL PEARSON, ET AL

## ORDER

This cause is before the Court on Motion In Limine [142] filed by Theddis Marcel Pearson asking the Court to prohibit the Government from introducing any testimony or making any argument regarding the employees of Statewide not being licensed to provide physical therapy, and the Court after considering the same finds that the Motion should at this time be overruled.

It appears from the documents that have been furnished to the Court and the motions that have been filed that there will be testimony regarding the rendering of treatments by non-licensed personnel who were acting under the supervision of the four medical doctor defendants. This fact appears to be integral in the Government's theory of the case and in the defense of the case by some of the alleged conspirators. For this reason the Court denies this Motion In Limine at this time but grants any party the right to reurge it once the proof is offered and the Court has a better understanding by observing and hearing testimony regarding the relevant issues.

For the reasons above stated, this Motion in Limine is at this time denied.

SO ORDERED this the 21st day of May, 2010.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE